# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 19, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138800 (10)

JASON JAMES PETERSEN,

      Plaintiff-Appellant,

v                                  SC: 138800
                                    COA:  290579

DEPARTMENT OF CORRECTIONS,

      Defendant-Appellee.

_____

On order of the Chief Justice, the "Affidavit of Status" submitted by plaintiff-appellant is treated as a motion for reconsideration of the order of May 1, 2009 and, so treated, it is DENIED because it does not appear the order entered erroneously.  Plaintiff-appellant may submit the partial entry fee within 21 days.

I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 19, 2009

_____
Clerk